# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LYLE ABRAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; UBS FINANCIAL SERVICES, INC. LONG TERM DISABILITY PLAN, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:15-cv-00056-BRO-ASx<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>[FRCP 58(a)] |

WHEREAS, the Court issued its Order Granting Defendants' Motions to Dismiss Plaintiff's Third Amended Complaint with Prejudice on May 19, 2016 (Docket No. 71);

WHEREAS, the Court's May 19, 2016 Order is attached hereto as Exhibit A;

WHEREAS, all claims for relief alleged by plaintiff Howard Abrams ("Plaintiff") against Defendants Life Insurance Company of North America ("LINA") and the UBS Financial Services, Inc. Long Term Disability Plan (the "Plan") have been dismissed with prejudice and without leave to amend (Docket No. 71).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff's claims for relief against LINA for injunctive and equitable relief under 29 U.S.C. § 1132(a)(3) are dismissed with prejudice;

2. Plaintiff's claims for relief against the Plan for (1) plan benefits under 29 U.S.C. § 1132(a)(1)(B), (2) declaratory relief under 29 U.S.C. § 1132(a)(1)(B), and (3) injunctive and equitable relief under 29 U.S.C. § 1132(a)(3) are dismissed with prejudice;

3. That judgment is entered in favor of LINA and the Plan, and against Plaintiff;

4. That Plaintiff shall take nothing by way of his Third Amended Complaint;

5. That LINA and the Plan shall be entitled to recover from Plaintiff their costs of suit;

6. That LINA and the Plan may file motions for attorneys' fees under 29 U.S.C. § 1132(g) pursuant to Local Rule 54-10; and

7. That this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 23, 2016

_____
Hon. Beverly Reid O'Connell
United States District Judge